Ryan B. Frazier (ISB No. 6201)
  rfrazier@kmclaw.com
KIRTON McCONKIE
Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Attorneys for Defendant Maverik, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| NATHAN REIDLE, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
|---|---|
| Plaintiff, | |
| v. | Judge Candy W. Dale |
| MAVERIK, INC., a Utah corporation, | Civil No.: 4:17-cv-00279-CWD |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nathan Reidle and Defendant Maverik, Inc., by and through their respective counsel of record, hereby respectfully advise the Court that they have entered into a mutually-agreeable settlement and, therefore, hereby stipulate and agree to dismiss with prejudice all claims between them in this case. Each party is to bear its own costs and fees.

**STIPULATION FOR DISMISSAL
WITH PREJUDICE - 1**

4825-6078-4488.v1

DATED this 7th day of June, 2018.

        **KIRTON McCONKIE**

        By: /s/ Ryan B. Frazier
           Ryan B. Frazier
             *Attorneys for Defendant Maverik, Inc.*

DATED this 7th day of June, 2018.

        **CASPERSON ULRICH DUSTIN, PLLC**

        By: /s/ DeAnne Casperson (*signed with permission*)
           DeAnne Casperson
           Amanda Ulrich
             *Attorneys for Plaintiff Nathan Reidle*

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2018, I caused a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** to be served upon the following by the method indicated:

| | |
|---|---|
| DeAnne Casperson | (  ) U.S. Mail, Postage Prepaid |
| dcasperson@workandwage.com | (  ) Hand Delivered |
| Amanda E. Ulrich | (  ) Overnight Mail |
| aulrich@ workandwage l.com | (  ) Facsimile |
| CASPERSON ULRICH DUSTIN PLLC | (X) E-mail/E-filer |
| 356 W. Sunnyside Rd., Suite B | |
| Idaho Falls, Idaho  83402 | |

/s/ Danilynn Ahlstrom